■ NAJJAR INDUSTRIES, INC., et al., v CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by

the Court of Appeals. Concur — Ross, J. P., Markewich, Lupiano and Bloom, JJ.